IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

NEHEMIAH LAMAR HICKS                                            PLAINTIFF

V.                          CASE NO. 5:14-CV-5372

NURSE RHONDA BRADLEY; OFFICER MACKEY;
DR. ROBERTO SAEZ; SOUTHERN HEALTH
PARTNERS, INC.; and JAILER C SMITH (#563)                       DEFENDANTS

ORDER

Comes on for consideration the Report and Recommendation (Doc. 44) filed in this case on July 10, 2015, by the Honorable Mark E. Ford, United States Magistrate for the Western District of Arkansas. Fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**. Accordingly, for the reasons stated in the Magistrate Judge's Report and Recommendation, Defendants' Motion to Dismiss (Doc. 7) is **GRANTED**. All claims against Southern Health Partners, Inc., and all official-capacity claims against Nurse Rhonda Bradley and Dr. Roberto Saez are **DISMISSED WITHOUT PREJUDICE**. Individual-capacity claims against Nurse Bradley and Dr. Saez are preserved for trial.

**IT IS SO ORDERED** on this 6th day of August, 2015.

_____
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE