IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**NEHEMIAH L. HICKS**                                                     **PLAINTIFF**

V.                          CASE NO. 5:14-CV-5372

**NURSE RHONDA BRADLEY;**
**OFFICER MACKEY; DR. ROBERTO**
**SAEZ; and JAILER C. SMITH (#563)**                                      **DEFENDANTS**

### ORDER

Comes on for consideration the Report and Recommendation (Doc. 71) filed in this case on July 6, 2016, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas. Fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**. Accordingly, for the reasons stated in the Magistrate Judge's Report and Recommendation, (1) the Motion for Summary Judgment (Doc. 51) filed by Jailer Smith is **GRANTED**; (2) the Motion for Summary Judgment (Doc. 55) filed by the Medical Defendants is **GRANTED**; (3) the Motion for Summary Judgment (Doc. 58) filed by Officer Mackey is **GRANTED**; and (4) Plaintiff's Complaint (Doc. 1) is **DISMISSED WITH PREJUDICE**.

IT IS SO ORDERED on this 26th day of July, 2016.

/s/ Timothy L. Brooks
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE